# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROLAND LOEWER, | |
| Plaintiff, | Case No.: 2:16-cv-00012-GMN-CWH |
| vs. | **ORDER** |
| SABLES, LLC, *et al.*, | |
| Defendants. | |

On October 23, 2018, the Court ordered Plaintiff to show cause in writing why the instant case should not be dismissed by no later than November 6, 2018. (Min. Order, ECF No. 33). To date, Plaintiff has failed to file a response to the Court's Order and the deadline to do so has passed.

Accordingly,

**IT IS HEREBY ORDERED** that the above-captioned action is dismissed.

The clerk of court is instructed to close the above-captioned case and enter judgment accordingly.

**DATED** this __15__ day of November, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court